IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DFSB COLLECTIVE CO., LTD., JUNGLE ENTERTAINMENT, WOOLIM ENTERTAINMENT, and LOVEROCK COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>MIRANDA YEW, an individual and d/b/a/ MAYPAYKOREANMUSIC.BLOGSPOT.COM and MAYPAYMUSIC.BLOGSPOT.COM, and DOES 1 through 10, inclusive,<br><br>Defendants.<br>_____ / | No. C 11-01065 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court hereby **CONTINUES** the case management conference for three weeks to **JUNE 23, 2011, AT 3:00 P.M.**

Please note there will be no further continuances.

**IT IS SO ORDERED.**

Dated: May 11, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE