IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DFBS KOLLECTIVE CO., LTD., JUNGLE ENTERTAINMENT, WOLIM ENTERTAINMENT, and LOVEROCK COMPANY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MIRANDA YEW, an individual, and d/b/a MAYPAYKOREANMUSIC.BLOGSPOT.COM and MAYPAYMUSIC.BLOGSPOT.COM, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 11 01065 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　　The Court hereby **GRANTS** a continuance of the case management conference to **JULY 21, 2001, AT 3:00 P.M.** A joint case management statement is due by July 14, 2011. All initial disclosures deadlines are **EXTENDED** accordingly.

　　　　*Please note there will be no further continuances.*

　　　　**IT IS SO ORDERED.**

Dated: June 6, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE